# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOHN D. DICARLO  
948 N. MAIN ST.  
ROCKFORD, IL  61103

SSN-xxx-xx-1236

Case Number: 06-70068

Case filed on: 1/20/2006  
Plan Confirmed on: 5/15/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,700.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,800.00 | 1,800.00 | 1,348.52 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,348.52 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN D. DICARLO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 3,007.99 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 6,000.00 | 6,000.00 | 3,148.07 | 895.77 |
| 003 | INTERNAL REVENUE SERVICE | 5,262.90 | 5,262.90 | 3,695.77 | 0.00 |
|  | Total Secured | 14,270.89 | 11,262.90 | 6,843.84 | 895.77 |
| 002 | FORD MOTOR CREDIT CORP | 958.17 | 958.17 | 0.00 | 0.00 |
| 004 | NCO FINANCIAL SYSTEMS INC | 2,148.84 | 2,148.84 | 0.00 | 0.00 |
| 005 | CAPITAL ONE BANK (USA) NA | 834.14 | 834.14 | 0.00 | 0.00 |
| 006 | CITY OF ROCKFORD | 82.55 | 82.55 | 0.00 | 0.00 |
| 007 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 574.75 | 574.75 | 0.00 | 0.00 |
| 009 | PORTFOLIO RECOVERY ASSOCIATES | 2,150.00 | 2,150.00 | 0.00 | 0.00 |
| 010 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,748.45 | 6,748.45 | 0.00 | 0.00 |
|  | Grand Total: | 22,819.34 | 19,811.35 | 8,192.36 | 895.77 |

Total Paid Claimant:        $9,088.13  
Trustee Allowance:          $611.87  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan